**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Humberto Zapata          JOINT DEBTOR: Gladys Zapata          CASE NO.:_____
Last Four Digits of SS# 8726          Last Four Digits of SS# 1186

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A. $ 1352.78 for months 1 to 60 ; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ 3650 + $2500 + $2500 =8650     TOTAL PAID $ 1500
       Balance Due     $ 7150 payable $ 286/month  (Months 1 to 25)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Green Tree Servicing
Address: 332 Minnesota St #610
Saint Paul, MN 55101     MMM Payment  $ 509.93/month (Months 1 to 60)
Account No: xxxx3652

2. Bank of America
Address: 1800 Tapo Canyon Rd  MMM Payment  $ 370.18 /month (Months 1 to 60)
Simi Valley, CA 93063
Account No: xxxx3499

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None          Total Due  $_____
      Payable     $_____/month (Months____to____) Regular Payment $_____

Unsecured Creditors: Pay $ 51.40/month (Months 1 to 25) and Pay $ 337.40 /month (Months 26 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.        /s/Robert Sanchez, Esq.
Attorney for the Debtor         Attorney for Joint Debtor
Date: 7-16-2015          Date: 07-16-2015

LF-31 (rev. 01/08/10)