UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
HUMBERTO ZAPATA
GLADYS ZAPATA                                    Case No.: 15-22788-AJC
                                                 Chapter 13

     Debtor
_____/

NOTICE OF APPEARANCE

Comes now Evan S. Singer, Esquire of the law firm of Timothy D. Padgett, P.A., and gives this Notice of Appearance on behalf of Ditech Financial LLC f/k/a Green Tree Servicing LLC (Secured Creditor).

Dated this 15th day of September 2015.

                                                 Respectfully submitted,

                                                 S/ Evan S. Singer
                                                 _____
                                                 Evan S. Singer
                                                 Fla. Bar ID: 101406
                                                 Timothy D. Padgett, P.A.
                                                 6267 Old Water Oak Road
                                                 Suite 203
                                                 Tallahassee, Florida 32312
                                                 (850) 422-2520 (telephone)
                                                 (850) 422-2567 (fax)
                                                 ess@padgettlaw.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 15th day of September 2015, a true and correct copy of the foregoing was served by U.S. Mail, First Class, and/or electronic transmission to:

Debtor
Humberto Zapata
17141 NW Miami Court
Miami, FL 33169

Joint Debtor
Gladys Zapata
17141 NW Miami Court
Miami, FL 33169

Attorney for Debtor
Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Trustee
Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/s/ Evan S. Singer, Esq.

Evan S. Singer, Esq.