UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
HUMBERTO ZAPATA
GLADYS ZAPATA,                                                  Case No. 15-22788-AJC
                                                                Chapter 13
    Debtor
_____/

OBJECTION BY CREDITOR TO CONFIRMATION OF PLAN

COMES NOW Creditor, Ditech Financial LLC f/k/a Green Tree Servicing LLC, by and through its undersigned legal counsel, and files this written objection to confirmation of Debtor's Proposed Chapter 13 Plan, pursuant to Bankruptcy Rule 3015(f), and as grounds therefor states:

1. Ditech Financial LLC f/k/a Green Tree Servicing LLC is a secured creditor holding a secured claim against the Debtor's property, 17141 NW Miami Court, FL 33169, in the approximate amount of $73,399.66.  The amount of the claim as of the date of filing is more fully set forth in the Creditor's Proof of Claim.

2. The Plan incorrectly lists "Green Tree Servicing" as the secured creditor and "Ditech Financial LLC f/k/a Green Tree Servicing LLC" should be listed pursuant to the filed Proof of Claim.

3. The Plan fails to include the pre-petition arrearage amount. The actual secured pre-petition arrearage at the time of filing of the Petition is $941.47 as more fully detailed on the Creditor's Proof of Claim.

4. The plan contains an incorrect monthly payment amount of $509.93. The correct current monthly payment amount is $927.40.  This payment amount includes principal, interest, and escrow.  The monthly payment amount is subject to change with changes in the escrow, and the plan must be modified to allow for changes in the monthly payment to be made by the Trustee upon notice from Ditech Financial

LLC f/k/a Green Tree Servicing LLC that said escrow has changed and therefore the monthly payment has changed.

5. The Debtor has failed to file a Motion for Referral to Mortgage Modification Mediation, however they have provided for mortgage mediation in the Plan.

6. The Chapter 13 Plan fails to include the required Chapter 13 Plan language as required by the mortgage mediation rules.

7. The Debtor's Chapter 13 Plan provides for a MMM Payment of $509.93 per month, which is insufficient to cover the escrow and to provide adequate protection. Further, the payment is less than the 31% of income as required by the mortgage mediation guidelines ($4,673.78 gross income * 31% equals a minimum MMM payment of $1,448.87.)

8. Ditech Financial LLC f/k/a Green Tree Servicing LLC will accept the payment of $927.40 per month as adequate protection pursuant to the MMM program, as the minimum MMM payment is $1,448.87 and the ongoing regular monthly mortgage payment, including escrow, is $927.40.

9. The Chapter 13 Plan does not comply with 11 U.S.C. 1325 and 11 U.S.C. 1322 as the Plan fails to cure the pre-petition default and is not accepted by the Ditech Financial LLC f/k/a Green Tree Servicing LLC.

WHEREFORE, Creditor requests that this Honorable Court decline confirmation of any Plan which does not accurately reflect the arrearage and total secured claim of Creditor as set forth herein and in the Proof of Claim.

DATED this 16th day of September 2015.

                      Respectfully submitted,

                      S/ Evan S. Singer

                      _____

                      Evan S. Singer
                      Fla. Bar ID: 101406
                      Timothy D. Padgett, P.A.
                      6267 Old Water Oak Road
                      Suite 203
                      Tallahassee, Florida 32312
                      (850) 422-2520 (telephone)
                      (850) 422-2567 (fax)
                      ess@padgettlaw.net

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that, on this 16th day of September 2015, a true and correct copy of the foregoing was served by U.S. Mail, First Class, and/or electronic transmission to:

Debtor
Humberto Zapata
17141 NW Miami Court
Miami, FL 33169

Joint Debtor
Gladys Zapata
17141 NW Miami Court
Miami, FL 33169

Attorney for Debtor
Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Trustee
Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                      S/ Evan S. Singer

                      _____

                      Evan S. Singer