PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
B.507-14171.NF

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re                                                                 Bk. No. 15-22788-AJC

HUMBERTO ZAPATA AND                                  Chapter 13
GLADYS ZAPATA

      Debtors.
_____/

### REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Bank of America, N.A., its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 17141 NW Miami Ct, Miami, Florida 33169 (Loan No. XXXX3499), and that a courtesy copy also be sent to:

PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: September 17, 2015      By /s/ Dean R. Prober
                                            DEAN R. PROBER, ESQ., CA BAR # 106207
                                            As Agent for Bank of America, N.A.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Jared Sumaya certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On September 23, 2015, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Humberto Zapata
Gladys Zapata
17141 NW Miami Court
Miami, FL 33169
Debtors

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012
Attorney for Debtors

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2015, at Woodland Hills, California.

/s/ Jared Sumaya

2