UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:    Humberto Zapata                Case No: 15-22788-AJC
            and                          Chapter 13
         Gladys Zapata
              Debtors         /

## MOTION TO WAIVE REQUIREMENT OF WAGE DEDUCTION ORDER

COMES NOW, Humberto and Gladys Zapata, by and through their undersigned counsel, and respectfully moves that this Honorable Court enter an order waiving the requirement of a Wage Deduction Order and as grounds, therefore, states as follows:

1. Debtors hours fluctuates at their respective places of employment and use both their combined income to pay their expenses.

2. Debtors are requesting a waiver of the requirement to have a Wage Deduction Order in place.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter an Order Waiving the Requirement of a Wage Deduction Order

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**

Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
Robert Sanchez, Esq., FBN#0442161