15-22986
**Continue to 11/17:**
**Due on or before 5pm on 11/2:** a) bank stmts #4189 (4/20-4/23), b) copy/explain check #175 $1485.00, #3507 $2489.00, #3475 $1020.00 & #3465 $1250.00, c) explain withdrawal on 7/16 & 7/13 $1000.00, d) business bank stmts #6657 (7/1-7/23), e) explain withdrawal on 6/18 $3000.00, f) proof of household size (only 1 child on tax return), g) amend plan to include IVL, h) amend plan to fund properly (m. 7-60), I) amend plan to provide missing months for attorney fees, j) amend Sch B to disclose retirement, k) evidence/calculation of 22C-2 line #16, 18 & 33, l) motion to vacate ord re: MMM set for 11/17

15-22924
**Continue to 11/17:**
**Due on or before 5pm on 11/2:** a) explain TBE on h/s, b) amend plan to provide most recent MMM language, c) file TBE motions (both properties, Sch A)

15-22899
**Continue to 11/17:**
**Due on or before 5pm on 11/2:** a) bank stmts #1866/5200 (6/19-7/17), b) copy/explain check #2188 $1000.00, c) WDO or motion to waive, d) address feasibility issue, e) amend plan to pay CH7 of $52,467.59

15-22788
**Continue to 11/17:**
**Due on or before 5pm on 11/2:** a) amend plan to include MMM language (2), b) file MMM motion (2)

15-22786
**Continue to 11/17:**
**Due on or before 5pm on 11/2:** a) explain withdrawal on 7/1 $1425.00, b) evidence/calculation of 22C-2 line #10 (unreasonable), 16, 22, 23 & 41, c) explain payment to Exchange Credit Program $3272.91 on 7/1, d) preference payments to credit cards, provide 6 months CC stmts

15-22557
**Continue to 11/17:**
**Due on or before 5pm on 11/2:** a) FMV (NADA/Carmax only) of vehicle, b) payoff of real estate, c) inventory of business, d) amend plan to remove language in other provisions re: no current intention, e) amend CMI to disclose income, f) amend plan to provide correct IVL, g) amend plan to pay CH7 of $4011.11, h) good faith to unsecured creditors

15-22534
**Continue to 11/17:**
**Due on or before 5pm on 11/2:** a) bank stmts #6788 (7/1-7/11), b) copy/explain check #1083 $5000.00 & #1084 $1500.00, #1039 $1000.00, #1042 $4000.00, #1048 $2000.00, #1057 $2000.00, #1059 $1000.00, #1044 $4000.00, #1061 #1000.00 & #1066 $1500.00 c) FMV/payoff of 13 Cadillac, d) payoff of non homestead, e) non homestead info sheet, f) BDQ, profit/loss and balance sheet & 3months pre-petition business bank stmts, g) provide inventory of business, h) explain withdrawal on 6/25 $4500.00 & purchase @ City Furniture on 6/10-11 $5672.62, I) provide stocks & life ins policy, j) amend plan to include IVL & lease language, k) reaffirm, redeem or surrender Sch D/G creditors, l) obj/conform to cl#2 & #3, m) provide FMV of jewelry, n) amend plan to pay CH7 of $28,832.75, o) evidence/calculation of 22C-1 line #5, p) amend plan to pay CMI/DI of $735,865.20, q) file TBE motion, r) explain large transfers to checking acct #4521, not listed on Sch B