**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:    Humberto Zapata          Case No. 15-22788
         Gladys Zapata            Chapter 13


_____Debtor(s)_____/

**DEBTOR'S NOTICE OF SELECTION OF MORTGAGE MODIFICATION MEDIATOR**
**FOR DITECH FINANCIAL MMM**

Pursuant to the Mortgage Modification Mediation (MMM) procedures adopted under Administrative Order 14-03, this Notice is filed by the Debtor to notify the court on the status of the selection of mediator in the above referenced case.

☒    1.    The parties agree to and select the following Mediator:

Anthony A. Roca
The Roca Law Firm, P.A.
1750 Coral Way, 2nd Floor
Miami, FL 33145
305-771-3529
tony@rocalaw.com

☐    2.    The Lender, _____, failed to contact the Debtor within the time prescribed in the order of referral, and has therefore waived the right to participate in the mediator selection process.  The Debtor has selected the following Mediator:

_____
Name of Mediator
_____
COMPANY
_____
City, State, Zip Code
_____
Telephone
email:_____

☐    3.    The parties have conferred but are unable to agree upon the

MMM-LF-11  (08/01/14)

selection of a mediator, and Debtor requests that the clerk select a mediator from the clerk's Mediation Register.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Selection of Mortgage Modification Mediator was served by U.S. first class mail upon the parties listed below on __November 5, 2015__ .

> Respectfully Submitted:
> ROBERT SANCHEZ, P.A.
> Attorney for Debtor
> 355 West 49th Street
> Hialeah, FL 33012
> Tel. 305-687-8008
> By:/s/ Robert Sanchez_____
>  Robert Sanchez, Esq., FBN#0442161

Copies to:
[Debtors, Humberto and Gladys Zapata, 17141 NW Miami Court, Miami, FL 33169
DiTech Financial LLC / DiTech Mortgage Group, c/o Mark O'Brien, COO, 1100 Virginia Dr, Fort Washington, PA, 19034
DiTech Financial LLC / DiTech Mortgage Group; c/o Mark O'Brien, COO; 1400 LANDMARK TOWERS, 345 ST PETER STREET, SAINT PAUL, MN 55102
Lender's counsel: Evan S. Singer, Esq., DiTech Counsel, Timothy D. Padgett, P.A.; 6267 Old Water Oak Road; Suite 203; Tallahassee, Florida 32312

MMM-LF-11  (08/01/14)