

**ORDERED in the Southern District of Florida on November 20, 2015.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    Humberto Zapata                    Case No: 15-22788-AJC
          and                                Chapter 13
          Gladys Zapata
          Debtors            /

### ORDER SUSTAINING OBJECTION TO CLAIM OF CAVALRY SPV I, LLC [# 4]

**THIS MATTER** having come to be heard on this 17th day of November, 2015 upon Debtors'

Objection to Claim of Cavalry Spv I, LLC [# 4] and based on the record, IT IS;

**ORDERED AND ADJUDGED:**

1.    The Objection to Claim of Cavalry Spv I, LLC [# 4] is sustained.
2.    The claim is stricken and disallowed.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a
certificate of service.