**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

---

In Re:                                              Case #15-22788
**Debtor:** Humberto Zapata                         Chapter 13

---

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 04-07-2016 and the following parties were present:

1. [ x ] The Debtor: Humberto Zapata
2. [ x ] The Debtor's Attorney: Jose Blanco, Esq.
3. [ x ] The Lender's Representative: LaTasha Price
4. [ x ] The Lender's Attorney: Evan Singer, Esq.

**B.** The final MMM conference was scheduled for 04-07-2016 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [ x ] The parties reached an agreement
2. [   ] The parties did not reach an agreement


Dated: 04.07.16            Signature of Mediator: _____ //s// Anthony Roca
                           Printed Name: Anthony Roca
                           Address: 1750 Coral Way Second Floor Miami, FL 33145
Copies To:                 Phone: (305) 263-7700
[All Parties to Mediation] Email: tony@rocalaw.com