UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Humberto Zapata and Gladys Zapata        Case No. 15-22788-AJC

    Debtors.                            Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On July 16, 2015 the instant case was filed as a chapter 7 bankruptcy.

2. On August 9, 2015, the case was converted to a case under chapter 13.

3. On November 25, 2015, debtors' Third Amended Chapter 13 plan was confirmed.

4. In debtors' confirmed plan, the debtors were participating in this court's MMM procedure for their two mortgages on their homestead.

5. The Debtors were granted a Trial Period on the first mortgage with DiTech Financial but an agreement was not reached on the second mortgage with Bank of America.

6. Debtors wish to modify their plan to provide Trial Period payments to DiTech through the plan and remove MMM payments to Bank of America so that they may make payments direct and outside the plan.

**WHEREFORE,** undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtors' First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District

Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Dated: April 18, 2016

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
    Robert Sanchez, Esq., FBN#0442161