# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:                                      CASE NO.: 15-22788-AJC

                                                          CHAPTER 13

**Humberto Zapata,**

  Debtor,

**Gladys Zapata,**

  Joint Debtor.

_____/

## MOTION FOR PROTECTIVE ORDER TO RESTRICT ACCESS AND ALLOW REDACTION OF INFORMATION

**COMES NOW**, DITECH FINANCIAL LLC ("Secured Creditor"), pursuant to Fed. R. Bankr. P. 9037, and moves this Court for entry of a protective order restricting access and allowing for redaction of information, and as grounds thereof states as follows:

1. The document(s)/claim(s) listed below were filed in the record of this court containing information prohibited by Fed. R. Bankr. P. 9037 and other non-public personal information:

    a. Proof of Claim, filed on August 31, 2015, as claim number 1-1 on the Claims Register.

2. Secured Creditor has attached a true and accurate copy of the remediated document(s), with personal information redacted.


16-107378 - KeL



15-22788-AJC
ZAPATA HUMBERTO
Request for Service
Page 1

**WHEREFORE**, Secured Creditor respectfully requests this Court enter an order directing the Clerk to restrict electronic access to the document(s)/claim(s) described above, allowing the provided remediated document(s) to remain on record, or allowing Secured Creditor to refile the remediated document(s), and for any such further relief as the Court deems just and appropriate.

        ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
        Authorized Agent for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-997-6909

By: /s/Keith Labell
    Keith Labell, Esquire
    Email: klabell@rasflaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 2nd, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SANCHEZ, ESQ.
355 WEST 49TH STREET
HIALEAH, FL  33012

HUMBERTO ZAPATA
17141 NW MIAMI COURT
MIAMI, FL  33169

GLADYS ZAPATA
17141 NW MIAMI COURT
MIAMI, FL  33169

16-107378 - KeL

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

                                                    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                                                    Authorized Agent for Secured Creditor
                                                    6409 Congress Ave., Suite 100
                                                    Boca Raton, FL 33487
                                                    Telephone: 561-241-6901
                                                    Facsimile: 561-997-6909

                                                    By: /s/Keith Labell
                                                        Keith Labell, Esquire
                                                        Email: klabell@rasflaw.com

16-107378 - KeL

                                                                                   15-22788-AJC
                                                                              ZAPATA HUMBERTO
                                                                          Request for Service
                                                                                 Page 3