

ORDERED in the Southern District of Florida on August 2, 2016.

A. Jay Cristol, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:  CASE NO.: 15-22788-AJC
CHAPTER 13

Humberto Zapata,

   Debtor,

Gladys Zapata,

   Joint Debtor.

_____/

### ORDER GRANTING PROTECTIVE ORDER TO RESTRICT ACCESS AND ALLOW REDACTION OF INFORMATION (DE# 75)

THIS CASE came on consideration without a hearing on DITECH FINANCIAL LLC's ("Secured Creditor") Motion for Protective Order to Restrict Access and Allow Redaction of Information. Accordingly, it is:

**ORDERED:**

1. In accordance with Fed. R. Bankr. P. 9037, Secured Creditor's Motion for Protective Order to Restrict Access and Allow Redaction of Information (DE# 75) is GRANTED.


16-107378 - KeL



2. Access to the documents listed below shall be restricted and a remediated filing shall be allowed:

    a. Proof of Claim, filed on August 31, 2015, as claim number 1-1 on the Claims Register.

###

Submitted by:

Robertson, Anschutz & Schneid, P.L.
*Attorney for Creditor*
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Keith Labell is directed to serve copies of this order on the parties listed and file a certificate of service.

ROBERT SANCHEZ, ESQ.
355 WEST 49TH STREET
HIALEAH, FL  33012

HUMBERTO ZAPATA
17141 NW MIAMI COURT
MIAMI, FL  33169

GLADYS ZAPATA
17141 NW MIAMI COURT
MIAMI, FL  33169

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

16-107378 - KeL