UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

HUMBERTO ZAPATA                                              Case No. 15-22788-AJC

GLADYS ZAPATA,                                               Chapter 13

    Debtors
_____/

**EX PARTE MOTION FOR ORDER TO RESTRICT ACCESS**

**COMES NOW** Ditech Financial LLC f/k/a Green Tree Servicing LLC ("Ditech"), a secured creditor, by and through its undersigned counsel, and moves this Court for entry of an order restricting access and allowing for redaction of information, and as grounds therefor states as follows:

    1.    An Amended Proof of Claim (POC #1-2) was filed on August 23, 2016.

    2.    The above named document contained privileged information in the attachments.

    3.    Ditech will file concurrently with this motion an amended document with the privileged information redacted.

Wherefore, Ditech respectfully requests this Court enter an order directing the Clerk to restrict electronic access to the document named in paragraph number 1 above, and allow Ditech to re-file the document with the information redacted.

**DATED** this the 22nd day of September 2016.

                                        S/ Evan S. Singer

                                      _____
Evan S. Singer
Fla. Bar ID: 101406
TIMOTHY D. PADGETT, P.A.
6267 Old Water Oak Road, Suite 203
Tallahassee, Florida 32312
(850) 422-2520 (telephone)
(850) 422-2567 (fax)
ess@padgettlaw.net
*Attorney for Creditor*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that, on this the 22nd day of September 2016, a true and correct copy of the foregoing was served by U.S. Mail, First Class, and/or electronic transmission to:

Debtor
Humberto Zapata
17141 NW Miami Court
Miami, FL 33169

Joint Debtor
Gladys Zapata
17141 NW Miami Court
Miami, FL 33169

Attorney for Debtor
Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Trustee
Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                S/ Evan S. Singer
                _____
                Evan S. Singer