

**ORDERED in the Southern District of Florida on September 23, 2016.**

_____

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

HUMBERTO ZAPATA                                    Case No. 15-22788-AJC

GLADYS ZAPATA                                        Chapter 13

     Debtors
_____/

ORDER GRANTING EX-PARTE MOTION TO RESTRICT ACCESS

     This case is before the Court upon the Motion to Restrict Access [D.E. 78] filed by Ditech Financial

LLC f/k/a Green Tree Servicing LLC, a secured creditor. This Court having reviewed the Motion and being

otherwise fully advised, it is: ORDERED:

     1.     The Motion to Restrict Access is **GRANTED**.

     2.     The Court is directed to restrict access to the Amended Proof of Claim (POC #1-2) filed

          August 23, 2016.

####

**Attorney Evan S. Singer is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**

This order prepared by:
Evan S. Singer
Timothy D. Padgett, P.A.
ess@padgettlaw.net