# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### SECOND MODIFIED PLAN

DEBTOR: Humberto Zapata          JOINT DEBTOR: Gladys Zapata          CASE NO.: 15-22788-AJC
Last Four Digits of SS# 8726          Last Four Digits of SS# 1186

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
- A. $ 1,184.19 for months 1 to 14 ; in order to pay the following creditors:
- B. $ 349.31 for months 15 to 60; in order to pay the following creditors:

Administrative:      Attorney's Fee - $ 3650 + $2500 + $2500 + $525 Motion to Modify + $525 Motion
to Modify = 9,700 TOTAL PAID $ 1800 Balance Due $ 7,900
payable $ 251.64/month (Months 1 to 14); payable $ 312.64/month (Months 15 to 29)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Green Tree Servicing /DiTech Financial
Address: 332 Minnesota St #610
Saint Paul, MN 55101          TPP Payment          $ 501.06/month (Months 1 to 14)
Account No: xxxx3652/0107

2. Bank of America
Address: 1800 Tapo Canyon Rd          MMM Payment          $ 185.09 /month (Months 1 to 14)
Simi Valley, CA 93063
Account No: xxxx3499

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None          Total Due $_____
Payable     $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 140.24/month (Months 1 to 14); Pay $ 1.74/month (Months 15 to 29); and Pay $ 314.38 /month (Months 30 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Debtors surrender their interest in the 2009 Yamaha Zuma Scooter financed with Cavalry Spv I, LLC xxxx9266 (Claim #4) since the Debtor Husband's Brother's Stepdaughter is paying for the claim directly to the creditor and outside the plan. The Debtors were unable to reach an agreement at MMM with Bank of America / Countrywide ("Lender"), loan number 3499, for real property located at 17141 NW Miami Court, Miami, FL 33169. The Debtors are current with this loan and will continue to pay said lender direct and outside the plan.

The debtors were unable to reach a final agreement at MMM with Ditech Financial ("Lender"), loan number 3652/0107, for real property located at 17141 NW Miami Court, Miami, FL 33169. The Debtors are current with this loan and will continue to pay said lender directly and outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.                              /s/ Robert Sanchez, Esq.
Attorney for Debtor                                   Attorney for Joint Debtor
Date   10/12/2016                                     Date:  10/12/2016
LF-31 (rev. 01/08/10)